# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JORGE ELPIDIO ERAZO-JIMENEZ<br><br>*Defendant(s)* | Case No.   5:25-mj-00027 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 30, 2025__ in the county of __Raleigh__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of removed aliens |

This criminal complaint is based on these facts:

On or about December 2, 2011, Jorge Elpidio ERAZO-JIMENEZ, a national of Honduras, was removed from the United States following his illegal entry into the United States. On or about November 29, 2016, Jorge Elpidio ERAZO-JIMENEZ was found in the United States and was again removed on or about November 30, 2016. On or about October 2, 2025, your Complainant received information from the Prosecuting Attorney of Greenbrier County, West Virginia, regarding Jorge Elpidio ERAZO-JIMENEZ's state prosecution relating to charges of malicious assault and domestic battery. Your Complainant understands from state court records that Jorge Elpidio ERAZO-JIMENEZ pleaded guilty to the domestic battery charge, and he was sentenced to 153 days in jail. The malicious assault charge was dismissed. Your Complainant has performed various government database searches and has found no record of Jorge Elpidio ERAZO-JIMENEZ ever seeking or receiving the express written permission of the Secretary of Homeland Security to re-enter the United States. Your Complainant also discovered that deportation officers with Immigration and Customs Enforcement – Enforcement and Removal Operations ("ICE-ERO") filed an ICE detainer with the state jail system (Southern Regional Jail and Correctional Facility) on or about June 30, 2025. Based on these facts, Jorge Elpidio ERAZO-JIMENEZ was "found" on or about June 30, 2025, at or near Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia, in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

CHRISTOPHER A YARNELL SR
Digitally signed by CHRISTOPHER A YARNELL SR
Date: 2025.10.07 15:59:27 -04'00'

*Complainant's signature*

Christopher Yarnell, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/07/2025

City and state: Beckley, West Virginia

Omar J. Aboulhosn
United States Magistrate Judge